*Lang,* Associate Counsel, for petitioner-appellee. *James G. McMahon* for respondent-appellant.

MARCH 9, 1984

GRIEVANCE ADMINISTRATOR v LUOMA. (Docket No. 72805.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, and *Eugene N. LaBelle,* Deputy Grievance Administrator, for petitioner-appellee. *Christensen & Christensen* for respondent-appellant.